IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLORIA LUSTER o/b/o
ALEXIS LUSTER                                                                    PLAINTIFF

v.                    Civil No. 04-6104

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Comes now the Court on this 16th day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

    /s/ Bobby E. Shepherd
    HONORABLE BOBBY E. SHEPHERD
    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)